**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-01130-CMA-CBS

JAMES MONTIE TATE,

    Plaintiff,

v.

DENVER WATER,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (Doc. # 16). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

DATED: July 22, 2015

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge